# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00609-CV

**In re State of Texas**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## O R D E R

**PER CURIAM**

Relator State of Texas has filed a petition for writ of mandamus and a motion for temporary stay. *See* Tex. R. App. P. 52.8, 52.10. We grant the motion for temporary relief and, pending further order of this Court, stay the portion of the trial court's discovery order requiring the State (1) to produce Daniel Wright for deposition; (2) to produce the Texas Department of Transportation's reviewing appraiser who reviewed, approved, and adopted Wright's appraisal valuation for deposition; and (3) to produce Wright's and the reviewing appraiser's complete work files. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before October 6, 2014.

It is ordered September 26, 2014.

Before Chief Justice Jones, Justices Puryear and Pemberton